# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER W. PACE, <br> Petitioner, <br> v. <br> GEORGE JAIME, Warden, <br> Respondent. | Case No. 17-cv-01046-HSG (PR) <br><br> **JUDGMENT** |

For the reasons stated in the Order Granting Motion to Dismiss; Denying Certificate of Appealability, judgment is entered in favor of respondent and against petitioner.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 2/6/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge